499 A.2d 1063

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Weldon Walter FELLS.**

Supreme Court of Pennsylvania.

Nov. 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 96 W.D. Appeal Docket 1985.